**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **REMBRANDT VISION TECHNOLOGIES, L.P.,** | § § § § § | |
| Plaintiff, | § | |
| vs. | § § | **CIVIL ACTION NO. 2:09-CV-00200-TJW** |
| **JOHNSON & JOHNSON VISION CARE, INC.,** | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

**NOTICE OF JOINT CLAIM CONSTRUCTION CHARTS
PURSUANT TO PATENT RULE 4-5(d)**

Pursuant to Local Patent Rule 4-5(d), Plaintiff Rembrandt Vision Technologies, L.P. respectfully informs the Court that an electronic Word Perfect version of the Joint Claim Construction Charts burned onto a CD were hand delivered to the Court via courier on Friday, April 8, 2011.

Dated: April 8, 2011

By: /s/ *Charles W. Goehringer, Jr.*
Lawrence Louis Germer
(TX Bar No. 07824000)
Charles W. Goehringer, Jr.
(TX Bar No. 00793817)
**GERMER GERTZ, L.L.P.**
550 Fannin, Suite 400
P.O. Box 4915
Beaumont, Texas 77701
Telephone: (409) 654-6700
Telecopier: (409) 835-2115
E-Mail:    llgermer@germer.com
           cwgoehringer@germer.com

Ronald J. Schutz   (MN Bar No. 130849)
(Eastern District of Texas Member)
(Lead Counsel)
Jake M. Holdreith (MN Bar No. 211011)
(Eastern District of Texas Member)
Diane L. Simerson (MN Bar No. 0270702)
(Eastern District of Texas Member)
Glenna L. Gilbert (MN Bar No. 0389312)
(Eastern District of Texas Member)
Patrick M. Arenz   (MN Bar No. 0386537)
(Eastern District of Texas Member)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone:  (612) 349-8500
Facsimile:   (612) 339-4181
E-mail:    RJSchutz@rkmc.com
           JMHoldreith@rkmc.com
           DLSimerson@rkmc.com
           GLGilbert@rkmc.com
           PMArenz@rkmc.com

**Attorneys for Plaintiff**
**Rembrandt Vision Technologies, L.P.**

82117707.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2011, I caused a true and correct copy of this document (NOTICE OF JOINT CLAIM CONSTRUCTION CHARTS PURSUANT TO PATENT RULE 4-5(d)) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5(a).

| | |
|---|---|
| Dated: April 8, 2011 | /s/ *Charles W. Goehringer, Jr.* <br> Charles W. Goehringer, Jr. |