# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REMBRANDT VISION TECHNOLOGIES, L.P., | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION NO. 2:09-CV-00200-TJW |
| v. | ) ) |
| JOHNSON & JOHNSON VISION CARE, INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) ) |

## JOINT STIPULATED REQUEST TO AMEND THE
## COURT'S DOCKET CONTROL ORDER

Plaintiff Rembrandt Vision Technologies, L.P. ("Rembrandt Vision") and Defendant Johnson and Johnson Vision Care, Inc. hereby jointly submit this Joint Stipulated Request To Amend The Court's Docket Control Order and state as follows:

WHEREAS lead counsel for Rembrandt Vision Ronald Schutz and Jake Holdreith have another trial in the Eastern District of Texas set to commence on June 23, 2011; and

WHEREAS Rembrandt Vision's other lead counsel on the case, Diane Simerson's, father is critically ill and requires Ms. Simerson's attention;

THEREFORE, IT IS HEREBY STIPULATED, AGREED AND REQUESTED that:

1.  The fact discovery deadline (other than written discovery) be extended to August 1, 2011;

2.  The deadline for Defendant to amend its invalidity contentions pursuant to P.R. 3-6(a) be extended to August 1, 2011;

3.  The deadline to comply with P.R. 3-7 be extended to September 1, 2011;

4. The deadline for the party with the burden of proof to designate expert witnesses other than claim construction and to serve expert witness reports be extended to September 2, 2011;

5. The deadline for designating rebuttal expert witnesses other than claim construction and serving rebuttal expert witness reports be extended to October 3, 2011;

6. The close of expert discovery be extended to November 11, 2011;

7. The deadline for filing Dispositive Motions and any other motions that may require a hearing (including *Daubert* motions) be extended to December 16, 2011;

8. All other dates under the Court's current Docket Control Order (D.E. 36) remain the same; and

9. The deadline for serving written discovery remains the same under the Court's current Docket Control Order (D.E. 36).

Dated: June 8, 2011

| | |
|---|---|
| By: /s/Charles W. Goehringer, Jr.<br>Lawrence Louis Germer<br>(TX Bar No. 07824000)<br>Charles W. Goehringer, Jr.<br>(TX Bar No. 00793817)<br>**GERMER GERTZ, L.L.P.**<br>550 Fannin, Suite 400<br>P.O. Box 4915<br>Beaumont, Texas 77701<br>Telephone: (409) 654-6700<br>Telecopier: (409) 835-2115<br>E-Mail:  llgermer@germer.com<br>            cwgoehringer@germer.com<br><br>Ronald J. Schutz   (MN Bar No. 130849)<br>(Eastern District of Texas Member)<br>(Lead Counsel)<br>Jake M. Holdreith (MN Bar No. 211011)<br>(Eastern District of Texas Member)<br>Diane L. Simerson (MN Bar No. 0270702)<br>(Eastern District of Texas Member)<br>Glenna L. Gilbert (MN Bar No. 0389312)<br>(Eastern District of Texas Member)<br>Patrick M. Arenz  (MN Bar No. 0386537)<br>(Eastern District of Texas Member)<br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 349-8500<br>Facsimile:   (612) 339-4181<br>E-mail:   RJSchutz@rkmc.com<br>             JMHoldreith@rkmc.com<br>             DLSimerson@rkmc.com<br>             GLGilbert@rkmc.com<br>             PMArenz@rkmc.com<br><br>**Attorneys for Plaintiff**<br>**Rembrandt Vision Technologies, L.P.** | By:  /s/Timothy J. Barron<br>Richard A. Sayles<br>(TX Bar No. 17697500)<br>Eve Henson<br>(TX Bar No. 00791462)<br>Mark D. Strachan<br>(TX Bar No. 19351500)<br>**SAYLES WERBNER**<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270<br>Telephone:  (214) 939-8700<br>Facsimile:   (214) 939-8787<br>Email: dsayles@swtriallaw.com<br>          ehenson@swtriallaw.corn<br>          mstrachan@swtriallaw.corn<br><br>Harry J. Roper (Lead Counsel)<br>(*Pro Hac Vice*)<br>(IL Bar No. 2376350)<br>Timothy J. Barron<br>(*Pro Hac Vice*)<br>(IL Bar No. 6206539)<br>Alexander Rozenblat<br>(*Pro Hac Vice*)<br> (IL Bar No. 6279723)<br>Olivia T. Luk<br>(*Pro Hac Vice*)<br> (IL Bar No. 6288365)<br>**JENNER & BLOCK**<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 923-8403<br>Email: hroper@jenner.com<br>          tbarron@jenner.corn<br>          arozenblat@jenner.com<br>          oluk@jenner.com<br><br>**Attorneys for Defendant**<br>**Johnson & Johnson Vision Care, Inc**. |

**SO ORDERED.**

Dated: _____, 2011          BY THE COURT:

_____
Judge T. John Ward
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2011, I caused a true and correct copy of this document (JOINT STIPULATED REQUEST TO AMEND THE COURT'S DOCKET CONTROL ORDER) to be served on all counsel of record via Electronic Case Filing (ECF) pursuant to Local Rule CV-5 (a).

Dated: June 8, 2011                                  /s/Charles W. Goehringer, Jr.
                                                                  Charles W. Goehringer, Jr.