**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Rembrandt Vision Technologies, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Johnson & Johnson Vision Care, Inc., )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:09-CV-00200-TJW<br><br>Judge T. John Ward<br><br>Jury Trial Demanded |

**ORDER**

Before the Court is the Joint Stipulated Request to Amend the Court's Docket Control Order [Doc. #75]. The court is of the opinion that this stipulated request should be granted. Accordingly, the Joint Stipulated Request to Amend the Court's Docket Control Order [Doc. #75]. is hereby **GRANTED**. It is **ORDERED** that the new deadlines are as proposed in the Joint Stipulated Request to Amend the Court's Docket Control Order [Doc. #75]. This order shall not be used as a basis to extend any other deadline.

SIGNED this 15th day of June, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE